IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MATT MCCORMICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:20-cv-00371 |
| ) | |
| AMERICANS FOR POLICE AND ) | |
| TROOPER SAFETY and POLICE ) | |
| LIVES MATTER, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL**

TO THE CLERK OF COURT, ALL PARTIES, AND THE JUSTICE OF THE PEACE COURT, PRECINCT 6 IN DENTON COUNTY, TEXAS:

PLEASE TAKE NOTICE that the Defendants Americans for Police and Trooper Safety and Police Lives Matter hereby remove to this Court the state court action described below.

1. On or about August 11, 2020, an action was commenced by Plaintiff in the Justice Court, Precinct 6 for Denton County entitled *Matt McCormick v. Americans for Police and Trooper Safety and Police Lives Matter*, S20-120J6. The Court is located at 1029 West Rosemade Parkway, Carrollton, TX 75007-6251.

2. Defendants were served with the complaint on September 4, 2020. Pursuant to 28 U.S.C. § 1446(b), this notice has been timely filed. A copy of the documents served in this matter is attached as Exhibit A.

3. This action is a civil action of which the Court has original jurisdiction under 28 U.S.C. § 1331 because this is an action arising under the laws of the United States, specifically 47 U.S.C. § 227.

WHEREFORE, Defendant Americans for Police and Trooper Safety and Police Lives Matter prays that this action be removed to the United States District Court for Eastern District of Texas.

Respectfully submitted on September 8, 2020.

                                      THE BERNHOFT LAW FIRM, S.C.
                                      Attorney for Defendant Americans for Police and Trooper Safety and Police Lives Matter

                                      /s/ Daniel J. Treuden
                                      Daniel Treuden, Esq.
Wisconsin Bar No. 1052766
1402 E. Cesar Chavez Street
Austin, Texas 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
djtreuden@bernhoftlaw.com

## Certificate of Service

I hereby certify that on September 8, 2020, I mailed a copy of this Notice of Removal to the Plaintiff at Matt McCormick, 720 Red Fox Drive, Prosper, TX 75078.

I further certify that a copy of this Notice of Removal was sent to the Clerk of Court, Justice of the Peace Court, Precinct 6, 1029 West Rosemade Parkway, Carrollton, TX 75007-6251 on September 8, 2020.

                                                /s/ Daniel J. Treuden
                                                Daniel Treuden