No. S20-120J6

Delivered 09-04-2020
PSC4959
Authorized Person

MATT MCCORMICK
VS
AMERICANS FOR POLICE AND TROOP
POLICE LIVES MATTER

IN THE JUSTICE COURT
PRECINCT 6
DENTON COUNTY, TX

THE STATE OF TEXAS TO:
Police Lives Matter
4640 Admiralty Way Suite 500
Marina Del Rey CA 90292

**YOU HAVE BEEN SUED.** You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the Court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

This citation is issued pursuant to a petition filed by the above-named plaintiff on 08/11/2020. The Plaintiff/Plaintiff's Attorney and address is: Matt McCormick, 720 Red Fox prosper TX 75078. Your answer may be filed with this court, located at **1029 West Rosemeade Parkway, Carrollton, Texas 75007**.

**ISSUED UNDER MY HAND** on this the 1st day of September, 2020



JUDGE CHRISTOPHER LOPEZ
Justice of the Peace, Precinct Six
Denton County, Texas

---

### OFFICER'S RETURN

**CAME TO HAND** this ____ day of _____, 20__, at ____ o'clock ____.m. and **EXECUTED** on the ____ day of _____, 20__, at ____ o'clock ____.m. to **DEFENDANT** _____ by:

☐ DELIVERING IN PERSON a true copy of this Citation with a copy of the petition and its contents attached to:
  ☐ **DEFENDANT** at _____.

☐ DELIVERING TO THE PREMISES BY ALTERNATIVE SERVICE as permitted by **RULE 501.2(e)** by:
  ☐ mailing copies of the Citation and petition with contents attached by first class mail on _____, 20____.
  **AND EITHER:**
  ☐ leaving copies of the Citation and petition (with contents) with _____, a person who is at least 16 years of age ☐ found at the Defendant's residence, or ☐ found at _____ where Defendant can reasonably be found: **OR**
  ☐ serving by _____ as authorized in the Court's Order granting Alternative Service.

**TO CERTIFY WHICH**, witness my official signature this ____ day of _____, 20____.

_____
CONSTABLE, PRECINCT 6, DENTON COUNTY, TEXAS
By: _____, Deputy

8/11/2020 3:57 PM
Judge Christopher Lopez - JP6
Denton County, Texas

Case No.: S20-120J6

MATT MCCORMICK
**Plaintiff**
vs
AMERICANS FOR POLICE AND TROOP
**Defendant(s)**



In the Justice Court

Precinct 6

Denton County, TX

## PETITION SMALL CLAIMS CASE

DEFENDANT(S) ADDRESS: 4640 Admiralty Way, Suite 500 MARINA DEL REY CALIFORNIA 90292

*Check one:*
☐ an individual, address in section above is correct.,
☑ a proprietorship, partnership or a corporation, (A Registered Agent must be served ): *Registered Agent*
4640 Admiralty Way, Suite 500 MARINA DEL REY CALIFORNIA 90292

Physical Address: Street, City, State and ZIP                                    Daytime Phone No.

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
THIS COMPANY IS A POLITCAL ACTION COMMITEE OR (PAC) THEY ARE CONDUCTING ILLEGAL ROBOCALLING TO PEOPLE ON THE NATIONAL DO NOT CALL LIST WHICH IS A CRIME UNDER THE TCPA

RELIEF: Plaintiff seeks damages in the amount of $10,000.00_____, and/or return of personal property as described as follows:
(be specific)_____
which has a value of $_____.
Additionally, plaintiff seeks the following: _____
REMOVAL FROM THE COMPANYS INTERNAL DATABASE PLUS FILING FEES

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court rules of Court. Other addresses where the defendant(s) may be served are:
4640 Admiralty Way, Suite 500 MARINA DEL REY CALIFORNIA 90292

☑ I give my consent for the answer and any other motions or pleadings to be sent to my email address which is:
MATTMCCORMICK711@GMAIL.COM

MATT MCCORMICK
Petitioner's Printed Name                                    Signature of Plaintiff or Attorney

DEFENDANT(S) INFORMATION (if known):            720 RED FOX DR
DATE OF BIRTH:_____                            Street Address of Plaintiff's Attorney, if any, or Plaintiff if none
LAST 3 NUMBERS OF DRIVER LICENSE:_____
LAST 3 NUMBERS OF SOCIAL SECURITY:_____   PROSPER           TX              75078
PHONE NUMBER:_____                          City              State           Zip

                                                   214-684-9117
                                                   Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

Subscribed and sworn to before me this _____ day of _____, 20_____.

_____
CLERK OF THE COURT -or- NOTARY PUBLIC

Revised 7/2019

**Ammended Petition**

Case No.: S20-120J6

MATT MCCORMICK
**Plaintiff**
vs
AMERICANS FOR POLICE AND TROOP
**Defendant(s)**

~~Police lives Matter~~

FILED
8/11/2020 3:57 PM
Judge Christopher Lopez - JP6
Denton County, Texas

In the Justice Court

Precinct 6

Denton County, TX

## PETITION SMALL CLAIMS CASE

DEFENDANT(S) ADDRESS: 4640 Admiralty Way, Suite 500 MARINA DEL REY CALIFORNIA 90292

Check one:
- [ ] an individual, address in section above is correct.,
- [x] a proprietorship, partnership or a corporation, (A Registered Agent must be served ): *Registered Agent*
4640 Admiralty Way, Suite 500 MARINA DEL REY CALIFORNIA 90292

Physical Address: Street, City, State and ZIP

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
THIS COMPANY IS A POLITCAL ACTION COMMITEE OR (PAC) THEY ARE CONDUCTING ILLEGAL ROBOCALLING TO PEOPLE ON THE NATIONAL DO NOT CALL LIST WHICH IS A CRIME UNDER THE TCPA

Daytime Phone No.

RELIEF: Plaintiff seeks damages in the amount of $ 10,000.00 , and/or return of personal property as described as follows:
(be specific)
which has a value of $_____.
Additionally, plaintiff seeks the following:
REMOVAL FROM THE COMPANYS INTERNAL DATABASE PLUS FILING FEES

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court rules of Court. Other addresses where the defendant(s) may be served are:
4640 Admiralty Way, Suite 500 MARINA DEL REY CALIFORNIA 90292

[x] I give my consent for the answer and any other motions or pleadings to be sent to my email address which is:
MATTMCCORMICK711@GMAIL.COM

MATT MCCORMICK
Petitioner's Printed Name

Signature of Plaintiff or Attorney

DEFENDANT(S) INFORMATION (if known):
DATE OF BIRTH:
LAST 3 NUMBERS OF DRIVER LICENSE:
LAST 3 NUMBERS OF SOCIAL SECURITY:
PHONE NUMBER:

720 RED FOX DR
Street Address of Plaintiff's Attorney, if any, or Plaintiff if none

| PROSPER | TX | 75078 |
|---|---|---|
| City | State | Zip |

214-684-9117
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

Subscribed and sworn to before me this _____ day of _____, 20____.

CLERK OF THE COURT -or- NOTARY PUBLIC

issued 7/2019

# PLAINTIFF'S REQUEST FOR SERVICE OF PROCESS

The undersigned Plaintiff requests that service of its Cause No. _____ be served on the Defendant(s) named below by *either* the Constable, the Clerk of the Court (via Certified Mail, Restricted Delivery, or private process server as checked below.  Plaintiff is responsible for accurately providing all information requested below and assuring itself that service of process has subsequently been accomplished. *[Confirmed by Plaintiff's signature below.]*

NOTE:  A SEPARATE REQUEST FOR SERVICE OF PROCESS FORM WILL BE REQUIRED FOR EACH DEFENDANT.

Defendant(s): _____

☐ **Constable Service Information**

County: _____  Precinct: _____

Constable: _____

Constable's Street Address: _____

City, State, Zip: _____

Service fee: _____

☐ **Certified Mail Restricted Delivery Information (\*)**

(addressed to Defendant(s) or Registered Agent, as applicable)

Addressee's Name: _____

Addressee's Street Address: _____

City, State, Zip: _____

☐ **Private Process Server**

Citations to be served by a Private Process Server must be picked up at the court.

Name: _____

Phone: _____

Texas Certification #: _____

**STATEMENT OF PLAINTIFF'S RESPONSIBILITY**:  I am aware that I am responsible for following-up with the Court to determine whether service of process has been accomplished. It is possible that the Defendant may not be located or readily subject to service for some reason, and (\*)**Certified Mail with Restricted Delivery is often returned to the Court by the U.S. Postal Service without sufficient proof that the specific, named Defendant received the Certified Mail.**  The result of improper, or failure of service in these events will lead to the complete halt or other substantial delay in the progress of my suit, and can lead to the incurrence of additional service costs or the possibility of dismissal of my Case.

_____  _____

**DATE**                                                                                                **PLAINTIFF'S SIGNATURE**

| | | |
|---|---|---|
| MATT MCCORMICK | NO. _____ )( | IN THE JUSTICE COURT |
| | )( | |
| | )( | PRECINCT SIX |
| VS. | )( | |
| | )( | |
| AMERICANS FOR POLICE AND | )( | DENTON COUNTY, TEXAS |

## SERVICEMEMBERS CIVIL RELIEF ACT AFFIDAVIT

**STATE OF TEXAS** )(
**COUNTY OF DENTON** )(

**BEFORE ME, the undersigned authority, personally appeared the below-named affiant, who upon oath deposed and stated:**

I am over the age of eighteen (18) years and am competent to make this affidavit. I am the
[✓] Plaintiff
[ ] Plaintiff's agent
in the above-entitled and numbered matter.

I have made a personal investigation and have attached the following documentation (required):
SEE ATTACHED DOCUMENTS

As a result of the investigation or review, it is my belief that the above-named defendant(s)

[✓] is not in the military service on active duty, and is not a dependent of a servicemember on active duty
[ ] is in the military service on active duty
[✓] I have been unable to determine whether or not the defendant(s) is in the military service on active duty

**I understand that any false statements in this document are made under penalty of perjury, and that making a false statement is a violation of Federal Law and is subject to both fine and imprisonment.**

**DATED** this 11 day of AUGUST, 20 20.

_____
Affiant

SUBSCRIBED AND SWORN TO before me this ____ day of _____, 20___.

_____
[ ] Justice of the Peace
[ ] Notary Public
[ ] Court Clerk