| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MATT MCCORMICK, §
§
      Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:20-CV-371
§
AMERICANS FOR POLICE AND §
TROOPER SAFETY and POLICE LIVES §
MATTER, §
§
      Defendants. §

## ORDER TRANSFERRING CASE

This case has no connection to the Beaumont Division of the Eastern District of Texas. The case was originally filed in Justice of the Peace Court, Precinct 6, in Denton County, Texas, which is located in the Sherman Division of the Eastern District of Texas. Plaintiff Matt McCormick resides in Prosper, Texas, which is also located in the Sherman Division. Accordingly, it is ordered that the Clerk of the Court transfer this case to the Sherman Division of the United States District Court for the Eastern District of Texas and assign an appropriate case number denoting the Sherman Division.

SIGNED at Beaumont, Texas, this 11th day of September, 2020.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE